UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARCUS WHITE | CIVIL ACTION |
| VERSUS | NO. 15-1384 |
| ROUSES ENTERPRISES, LLC | SECTION "E" (3) |

J U D G M E N T

Considering the Court's Order and Reasons entered June 3, 2016 (R. Doc. 45) accordingly;

**IT IS ORDERED ADJUDGED AND DECREED** that there be judgment in favor of defendant Rouses Enterprises, LLC and against plaintiff Marcus White, dismissing plaintiff's claims with prejudice.

New Orleans, Louisiana, this  3rd  day of June, 2016.

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE